AO 245B8  (Rev. 8/01) Judgment in a Criminal Case (CDIL)
Sheet 1

# UNITED STATES DISTRICT COURT

**Central** _____ District of _____ **Illinois**

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| V. | (For Offenses Committed On or After November 1, 1987) |

**HERBERT L. LESHOURE JR.**

Case Number: **04-20020-001**

Edwin K. ~~Ira~~

Defendant's Attorney

**FILED**

**FILED**

**OCT 0 6 2004**

**JAN 1 4 2005**

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

**THE DEFENDANT:**

[x] pleaded guilty to count(s)  1

[ ] pleaded nolo contendere to count(s)
which was accepted by the court.

[ ] was found guilty on count(s)
after a plea of not guilty.

Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 § 841(a)(1) and (b)(1)(B) | Distribution of five or more grams of cocaine base ("crack") | 2/18/2004 | 1 |

The defendant is sentenced as provided in pages 2 through ___6___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s)

[ ] Count(s) _____ are  dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.:        -0393

Defendant's Date of Birth:        /78

Defendant's USM No.:     14241-026

Defendant's Residence Address:

Champaign, IL 61820

Defendant's Mailing Address:

same as above

October 4, 2004
Date of Imposition of Judgment

s/Michael P. McCuskey
Signature of Judicial Officer

United States District Judge
Michael P. McCuskey
Name and Title of Judicial Officer

10/6/04
Date

A TRUE COPY
ATTEST:
JOHN M. WATERS, CLERK
BY:
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE:     10-6-04

AO 245B    (Rev. 8/01) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page  2  of  6

DEFENDANT:  HERBERT L. LESHOURE, JR.
CASE NUMBER: 04-20020-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  37 months.

[x]    The court makes the following recommendations to the Bureau of Prisons:

Due to extensive family ties, the Court recommends to the Bureau of Prisons that the defendant be housed in the Midwest for visitation. The Court finds the defendant to be an addict and directs the Federal Bureau of Prisons to place the defendant in a program of intensive drug and alcohol treatment while in the Bureau of Prisons.

[ ]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district:

[ ]    at _____ [ ] a.m.  [ ] p.m.   on _____ .

[ ]    as notified by the United States Marshal.

[x]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

[x]    before  2:00 p.m on January 7, 2005 _____ .

[ ]    as notified by the United States Marshal.

[ ]    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on  1-08-2005 _____  to  FPC Yankton

at  Yankton, SD _____ , with a certified copy of this judgment.

R. MARTINEZ
WARDEN
UNITED STATES MARSHAL

Alfredo Jasso
Legal Instruments Examiner

By _____
DEPUTY UNITED STATES MARSHAL